| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | JEFFREY L. STANIELS, Bar #91413<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant<br>EFRAIN WALDO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-359 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE |
| | ) | |
| EFRAIN WALDO, | ) | Date: October 13, 2011 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's October 13, 2011. calendar, at the request of the defense, and be continued until November 3, 2011, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between October 13, 2011, through and including November 3, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

///

///

///

This first continuance is requested in order to consult and review with Mr. Waldo and with an interpreter the provisions of a pre-plea probation report which is reportedly completed, but which has not yet been received by counsel, as well as the terms of an anticipated fast track plea agreement expected after government counsel has been able to review the probation report.

**IT IS SO STIPULATED**.

Dated: October 11, 2011        /S/ Michele M. Beckwith
                               Michele M. Beckwith
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: October 11, 2011        /S/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               EFRAIN WALDO

**O R D E R**

**WHEREAS** this is the first continuance requested in this matter, and,

**WHEREAS** defense counsel requires the services of an interpreter to communicate with his client; and

**WHEREAS** counsel anticipate making progress in resolving this matter efficiently and without protracted litigation,

**THEREFORE**, the stipulation is accepted, and the requested continuance is granted. The court finds that the interests of justice in granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time     3